UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA             :

      - v. -                           :        **PRIOR FELONY INFORMATION**

HIBAH LEE,                           :        S4 07 Cr. 003 (BSJ)

         Defendant.              :

                         :

- - - - - - - - - - - - - - - - - -  x

The United States Attorney charges:

On or about April 25, 2005, in the United States District Court for the Southern District of New York, New York, New York, HIBAH LEE, the defendant, entered a plea of guilty to using a communication facility in committing and facilitating the commission of a narcotics felony, a felony. On or about August 4, 2005, LEE received a sentence of 30 months' imprisonment, which judgment was entered on or about August 19, 2005.

Accordingly, HIBAH LEE, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), and 841(b)(1).

(Title 21, United States Code, Section 851.)

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

HIBAH LEE,

Defendant.

PRIOR FELONY INFORMATION

S4 07 Cr. 003 (BSJ)

(Title 21, United States Code, Section 851.)

PREET BHARARA
United States Attorney.